GERTRUDE M. JONES, Appellant, *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent.

Submitted January 3, 1955; decided January 21, 1955.

*William H. Morris* for motion.

*W. Martin Jones, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.